ALBANY,
August, 1814.

JACKSON
v.
STILES.

M'CARTY *against* M'PHERSON.

IN ERROR, on *certiorari*, from a justice's court. The summons was made returnable before the justice at two o'clock, P. M. The justice appeared at the place appointed in the summons, at half past four o'clock, P. M. and opened his court; and the defendant not appearing, made inquiry whether the defendant had been there, and being informed that he had not, the justice adjourned the cause to another day, and proceeded to hear the evidence on the part of the plaintiff, for whom he gave judgment.

*Where the justice did not open his court, for more than two hours, after the time appointed in the summons; and then adjourned the cause to another day, when he heard the cause ex parte; it was held that this delay amounted to a discontinuance of the suit.*

*Sherwood*, for the plaintiff in error.

*Root*, contra.

*Per Curiam.* The delay on the part of the justice to open his court, for more than two hours, after the time appointed in the summons, and his subsequent adjournment of the cause, amounted to a discontinuance of the suit. (*Proudfit* v. *Henman*, 8 *Johns. Rep.* 391.)

Judgment reversed.

⸺⸺⸺

JACKSON, *ex dem.* ⸺⸺, *against* STILES, PHILLIPS, TENANT.

On motion for a rule to let in a mortgagee to defend in this suit.

*A mortgagee in possession may be let in to defend, in an action of ejectment.*

*Per Curiam.* It appears that the mortgage is forfeited, and there has been a foreclosure, and the mortgagee has taken possession. As the mortgagee is in possession, we think there is such a privity, that he ought to be allowed to come in and defend; but we give no opinion whether a mortgagee out of possession may be let in to defend in ejectment.